## William ROUNTREE, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Fourth Circuit.
July 17, 1929.

No. 2857.

Wolcott & Wolcott, of Norfolk, Va., for appellant.

Paul W. Kear, U. S. Atty., of Norfolk, Va., for appellee.

PER CURIAM. Case dismissed under section 4 of rule 23, and sections 3 and 4 of rule 24, on motion of appellee.